IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SHINIKKA HICKS and KIERRA CALLAWAY,**<br><br>Plaintiffs,<br><br>vs.<br><br>**1715 NORTHSIDE DRIVE, INC.**, et al.,<br><br>Defendant. | Civil Action No. 1:22-cv-02189-ELR |

### DECLARATION OF WILEY D. HANDLEY

Wiley D. Handley hereby submits this declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746, showing the Court as follows:

1. My name is Wiley D. Handley. I am over the age of majority and suffer from no legal disabilities.

2. I make this Declaration based on my personal knowledge, observations, and actions.

3. Since 2004, I have been engaged as a private process server in Georgia. In this capacity I have served civil process on thousands of occasions.

4. On June 2, 2022, the law firm of DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC engaged me to effect service of process upon all Defendants in the above-captioned case.

5. This firm has engaged me to effect service of process in dozens of cases over the past several years.

6. The Georgia Secretary of State's website contains an entry for 1715 Northside Drive, Inc., showing that the company's registered agent is Defendant Carmen Popovitch.

7. The Georgia Secretary of State's website contains an entry for 1271 Marietta Blvd., LLC, showing that the company's registered agent is Defendant Carmen Popovitch.

8. The Georgia Secretary of State's website contains an entry for A-1 Entertainment, LLC, showing that the company's registered agent is Defendant Carmen Popovitch.

9. The Georgia Secretary of State's website contains an entry for Veronica Enterprises, Inc., showing that the company's registered agent is Defendant Carmen Popovitch.

10. I was able to ascertain a residential address for Defendant Carmen Popovitch of 1586 Peachtree Battle Ave., NW, Atlanta, GA 30327 based on a LexisNexis background search provided by my client.

11. On June 6, 2022, I attempted to serve Ms. Popovitch and, through her, the four corporate Defendants at Ms. Popovitch's residence at 1586 Peachtree Battle Ave., NW, Atlanta, GA 30327.

12. I arrived at the address at approximately 8:15 AM.

13. I parked on the street in front of the residence.

14. I pushed the call button for the driveway gate, while on foot and got no answer.

15. I walked around the driveway gate as that was the only gate/fenced area on the residence in the front yard.

16. I walked to the front door, rang the doorbell, and used a very large knocker on the front door. I knocked and rang for several minutes giving intervals between.

17. Eventually, female with a discernable Eastern European accent came to the door.

18. I asked several times if she was Carmen Popovitch. She responded that she was, and to quit beating the door with the knocker.

3

DocuSign Envelope ID: 6FA1AC4E-41DF-4053-A85F-6DE8962232E3

19. Ms. Popovitch continued to refuse to open the door, even after I acknowledged who I was and my reason for being there, and very aggressively told me to leave, yelling "f*ck you" through the door.

20. I told Ms. Popovitch that I was leaving the service packets at the front door. I dropped them at the door, took a photo, and left the property.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/31/2022 _____

*Wiley D Handley*
CEB75120550C453...
Wiley D. Handley